No. 352. DESCHUTES RAILROAD COMPANY *v.* EASTERN OREGON LAND COMPANY. Appeal from the Circuit Court of Appeals for the Ninth Circuit. Motion to dismiss or affirm submitted October 28, 1918. Decided November 4, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *a.* § 128 of the Judicial Code; *Louisville & Nashville R. R. Co.* v. *Western Union Telegraph Co.,* 237 U. S. 300; *b. Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 314; *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102; *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600. (2) *a. Bankers Mutual Casualty Co.* v. *Minneapolis, St. Paul &c. Ry. Co.,* 192 U. S. 371, 383, 385; *Hull* v. *Burr,* 234 U. S. 712; *b. Taylor* v. *Anderson,* 234 U. S. 74; *Joy* v. *St. Louis,* 201 U. S. 332. See writ of certiorari denied, *Deschutes R. R. Co.* v. *Eastern Oregon Land Co.,* 245 U. S. 672. *Mr. Arthur C. Spencer* and *Mr. James G. Wilson* for appellant. *Mr. Alexander Britton* and *Mr. Evans Browne* for appellee.

---

No 1. STATE OF LOUISIANA EX REL. WILHELMINE G. SCHMIDT, WIDOW, ETC., *v.* JARED Y. SANDERS, GOVERNOR, ET AL. Error to the Supreme Court of the State of Louisiana. Submitted November 5, 1918. Decided November 11, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Cuyahoga River Power Co.* v. *Northern Realty Co.,* 244 U. S. 300; *Stewart* v. *Kansas City,* 239 U. S. 14. (2) *Stearns* v. *Minnesota,* 179 U. S. 223; *Board of Liquidation* v. *Louisiana,* 179 U. S. 622. (3) *Empire State-Idaho Mining Co.* v. *Hanley,* 205 U. S. 225; *Goodrich* v. *Ferris,* 214 U. S. 71; *Brolan* v. *United States,* 236 U. S. 216. *Mrs. Willis J. Roussel (Wilhelmine G. Schmidt,) pro se. Mr. Harry Gamble* for defendants in error.